# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

159763

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

McARTHUR TAYLOR,
     Defendant-Appellant.
_____/

SC: 159763
COA: 347052
Oakland CC: 2010-231900-FC;
2010-231954-FC

     On order of the Court, the application for leave to appeal the April 19, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



a0622

Clerk